# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3217
LT Case No. 42-2019-CF-2162-A

_____

BRANDON JAMELL KINER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Robert W. Hodges, Judge.

Matthew J. Metz, Public Defender, and Brian M. Hyer, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen R. Putnam Jr., Assistant Attorney General, Daytona Beach, for Appellee.

November 10, 2025

PER CURIAM.

    AFFIRMED.

MAKAR, EDWARDS, and SOUD, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*